UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-CR-20341-ALTMAN(s)

**UNITED STATES OF AMERICA**
vs.

**ROLANDO RAMIREZ,**
**RASHEED ALI, a/k/a "Fresh,"**
**TAMRAT SHIFTA MASON, a/k/a "Shifta,"**

    **Defendants.**
_____/

**GOVERNMENT'S AMENDED WITNESS AND EXHIBIT LIST**

The Government, by and through the undersigned Assistant United States Attorney, respectfully submits the following list of witnesses and exhibits as it relates to the trial in the above- styled action.

The Government requests leave to add exhibits as they may become necessary during the trial in this matter.

                                                                    Respectfully submitted,

                                                                      HAYDEN P. O'BYRNE
                                                                      UNITED STATES ATTORNEY

                                      By:   */s/ Abbie D. Waxman*
                                                    Abbie D. Waxman
                                                    Assistant United States Attorney
                                                    Florida Bar No.: 109315
                                                    99 N.E. 4th Street
                                                    Miami, FL 33132-2111
                                                    Tel: 305-961-9240
                                                    Email: Abbie.Waxman@usdoj.gov

| Presiding Judge:<br>The Honorable Roy K. Altman | | | | | AUSAs:<br>Abbie D. Waxman and<br>Michael Gilfarb | Defendants' Attorneys:<br>Philip Reizenstein<br>Eric Schwartzreich<br>Richard Merlino<br>Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter:<br>Francine Salopek | Courtroom Deputy:<br>Janier Arellano |
| **WITNESSES:** | | | | | | |
| 1. | | | | | Alex Vega | |
| 2. | | | | | Ryan Dreibelbis, FBI | |
| 3. | | | | | Aymara Vega | |
| 4. | | | | | Adriel Vega | |
| 5. | | | | | Yvonne Garcia, MDPD (Retired) | |
| 6. | | | | | Jose Llerena | |
| 7. | | | | | Jaime Serrano | |
| 8. | | | | | Lianko Ramirez | |
| 9. | | | | | Edwin Carias | |
| 10. | | | | | Juan Lombana | |
| 11. | | | | | Julio Betancourt, MDPD | |
| 12. | | | | | Jaime Bethel, MDPD | |
| 13. | | | | | David Hardin, GCSO | |
| 14. | | | | | Timothy "Judah" Pent, FBI | |
| 15. | | | | | Marcos Jimenez | |
| 16. | | | | | Michael Baez | |
| 17. | | | | | Alexei Berbick | |
| 18. | | | | | Larry Hendricks, MDPD | |
| 19. | | | | | Hector Garcia-Balbin, MDPD | |
| 20. | | | | | Jared Jukel | |
| 21. | | | | | Oscar Ali | |

| Presiding Judge:<br>The Honorable Roy K. Altman | | | | | AUSAs:<br>Abbie D. Waxman and<br>Michael Gilfarb | Defendants' Attorneys:<br>Philip Reizenstein<br>Eric Schwartzreich<br>Richard Merlino<br>Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter:<br>Francine Salopek | Courtroom Deputy:<br>Janier Arellano |
| 22. | | | | | Frank Gil | |
| 23. | | | | | Dr. Naaman Abdullah | |
| 24. | | | | | David Bernreuther | |
| 25. | | | | | Juan Ramirez | |
| 26. | | | | | Julian Flores | |
| 27. | | | | | Freddy Pena | |
| 28. | | | | | Alex Reyes | |
| 29. | | | | | Garrett Hellman | |
| 30. | | | | | Cindy Barrois, FBI | |
| 31. | | | | | Gregory Hoffman, FBI | |
| 32. | | | | | Sara Rios-Ordonez | |
| 33. | | | | | Asia Lister | |
| 34. | | | | | Alexya Chapoteau | |
| 35. | | | | | Angel Febres | |
| 36. | | | | | Dore Chaponik | |
| 37. | | | | | Derrick Enriquez | |
| 38. | | | | | Carlos Perez | |
| 39. | | | | | Alex Muniz | |
| 40. | | | | | Brendan Acquaviva, FBI | |
| 41. | | | | | Yalene Marissa Gonzalez | |
| 42. | | | | | Manuel Hernandez | |

| Presiding Judge:<br>The Honorable Roy K. Altman | | | | | AUSAs:<br>Abbie D. Waxman and Michael Gilfarb | Defendants' Attorneys:<br>Philip Reizenstein<br>Eric Schwartzreich<br>Richard Merlino<br>Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter:<br>Francine Salopek | Courtroom Deputy:<br>Janier Arellano |
| **EXHIBITS:** | | | | | | |
| 1.<br>1a. | | | | | Residential (1 Vega) 10620 SW 118 Avenue, Miami<br>Shortened Clip | |
| 2.<br>2a.<br>2b.<br>2c. | | | | | Residential (2 Vega) 10620 SW 118 Avenue, Miami<br>Shortened Clip<br>Photo Still of Shooter in Mask<br>Photo Still of Shooter in Gloves | |
| 3.<br>3a.<br>3b.<br>3c. | | | | | Residential 1 - 11756 S.W. 106 Terrace, Miami<br>Shortened Clip 1<br>Shortened Clip 2<br>Location and Directional Map | |
| 4.<br>4a.<br>4b.<br>4c. | | | | | Residential 1 - 11756 S.W. 106 Terrace, Miami<br>Shortened Clip 1<br>Shortened Clip 2<br>Location and Directional Map | |
| 5.<br>5a.<br>5b.<br>5c.<br>5d.<br>5e. | | | | | Residential (Park) – 11731 S.W. 108 Lane, Miami<br>Shortened Clip 1<br>Shortened Clip 2<br>Shortened Clip 3<br>Shortened Clip 4<br>Location and Directional Map | |
| 6.<br>6a. | | | | | Residential 1 11702 S.W. 106 Terrace, Miami<br>Location and Directional Map | |
| 7.<br>7a. | | | | | Residential 2 11702 S.W. 106 Terrace, Miami<br>Location and Directional Map | |
| 8. | | | | | Commercial/Plaza Corner/ 117 Avenue, Miami<br>Business Record Certification (Sp) | |

| Presiding Judge: The Honorable Roy K. Altman | | | | | AUSAs: Abbie D. Waxman and Michael Gilfarb | Defendants' Attorneys: Philip Reizenstein Eric Schwartzreich Richard Merlino Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: Francine Salopek | Courtroom Deputy: Janier Arellano |
| 8a. 8b. 8c. | | | | | Business Record Certification (Trans.) Location and directional map | |
| 9. | | | | | Sunpass Certification and Images | |
| 10a. 10b. 10c. 10d. 10e. 10f. 10g. 10h. 10i. 10j. | | | | | Enterprise Rental Video (Versa) Photo still of Nissan Versa Enterprise Rental Video (Rogue) Photo still of Nissan Rogue Photo still of Nissan Rogue 2 Enterprise Counter Video Photo still of Enterprise counter Photo still garage 1 Photo still garage 2 Photo still garage 3 | |
| 11. | | | | | FBI drive to Doral Collision | |
| 12. | | | | | Julian Jimenez | |
| 13a.-p. | | | | | ALI residence (Search Warrant March 2023) | |
| 14a.-o. 14p.-s. | | | | | ALI residence (Search Warrant August 2024) Burner Phones Recovered | |
| 15. | | | | | Impala Title | |
| 16a.-b. | | | | | Juan Ramirez a/k/a "Shampoo" Phone Extraction Chat Transfers | |
| 17a. 17b. | | | | | Lightened Image Recording making lightened image | |
| 18. | | | | | Firearm DNA Swabs | |
| 19. | | | | | Juan "Shampoo" Ramirez | |

| Presiding Judge: The Honorable Roy K. Altman | | | | | AUSAs: Abbie D. Waxman and Michael Gilfarb | Defendants' Attorneys: Philip Reizenstein Eric Schwartzreich Richard Merlino Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: Francine Salopek | Courtroom Deputy: Janier Arellano |
| 20a.-e. | | | | | Typhani ALI Residence (Consent Search August 2024) | |
| 21a.-e. | | | | | Mari Oba Photographs | |
| 22a.-g. | | | | | Juan Ramirez CashApp Photographs | |
| 23a.-e. | | | | | ALI Layne Boulevard (Consent Search August 2024) | |
| 24a.-c. | | | | | Timeless Cannabis Instagram | |
| 25. | | | | | MASON Facebook photographs | |
| 26a.-i. | | | | | FDC Miami visitation area | |
| 27. 27a.-f. | | | | | Shirt<br>Photographs of shirt in vehicle | |
| 28. 28a.-e. | | | | | Ballistics/ Projectiles (2) / Body of Alex Vega Photographs | |
| 29. 29a.-g | | | | | Ballistic/ Casings (5) / Residence Photographs | |
| 30. | | | | | Ballistic/ Casing (1)/ Residence | |
| 31. 31a.-h. | | | | | Ballistic/ Projectiles (2) / Fragment (1) Vehicle Photographs | |
| 32. 32a. | | | | | Ballistic/ Projectile and Fragments (Driver's Seat), Projectile (shoe box trunk) Photograph | |
| 33. 33a.-g. | | | | | Mask<br>Photographs from scene | |
| 34. 34a.-e. | | | | | Gloves<br>Photographs from scene | |
| 35a. 35b.-m. | | | | | Ballistics/ Firearm, Magazine, Test Fires Photographs | |

| Presiding Judge:<br>The Honorable Roy K. Altman | | | | | AUSAs:<br>Abbie D. Waxman and<br>Michael Gilfarb | Defendants' Attorneys:<br>Philip Reizenstein<br>Eric Schwartzreich<br>Richard Merlino<br>Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter:<br>Francine Salopek | Courtroom Deputy:<br>Janier Arellano |
| 36.<br>36a. | | | | | Aerial Image<br>Aerial Image with Evidence Locations | |
| 37.<br>37a. | | | | | Jimenez Swab<br>Jimenez Photograph | |
| 38. | | | | | Unfired cartridges | |
| 39a.<br>39b.<br>39c.<br>39d.<br>39e.<br>39f.<br>39g.<br>39h.<br>39i.<br>39j. | | | | | Westchester County Jail 8/11/22<br><br>Transcript<br>Westchester County Jail 8/13/22<br><br>Transcript<br>Westchester County Jail 8/23/22<br><br>Transcript<br>Federal Detention Center – Miami 10/6/23<br><br>Transcript<br>Federal Detention Center – Miami 10/14/23<br><br>Transcript | |
| 40a.<br>40b. | | | | | ALI FBI Interview Audio<br>Transcript | |
| 41a.-d. | | | | | MASON FBI interview 1 (November 29, 2022)<br>Transcript<br>MASON FBI interview 2 (November 29, 2022)<br>Transcript | |
| 42a.-h. | | | | | Mason FBI Interview (August 18, 2022)<br>Transcript<br>Mason FBI Interview (October 24, 2022)<br>Transcript<br>Mason FBI Interview Part 1 (November 18, 2022)<br><br>Transcript<br><br>Mason FBI Interview Part 2 (November 18, 2022) | |

| Presiding Judge:<br>The Honorable Roy K. Altman | | | | | AUSAs:<br>Abbie D. Waxman and Michael Gilfarb | Defendants' Attorneys:<br>Philip Reizenstein<br>Eric Schwartzreich<br>Richard Merlino<br>Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter:<br>Francine Salopek | Courtroom Deputy:<br>Janier Arellano |
| | | | | | Transcript | |
| 43a.-s. | | | | | RAMIREZ Jail Calls Transcripts | |
| 44a.<br>44b. | | | | | Stephan Adams Jail Call to ALI<br>Transcript | |
| 45a.<br>45b. | | | | | FDC Miami Consent Recording<br>Transcript | |
| 46. | | | | | GreenDot Business Record (Jimenez and Serrano) Records | |
| 47. | | | | | Block/ Cash App for Jaime Serrano | |
| 48. | | | | | Serrano Call Detail Records June 29, 2019 – March 24, 2023 (914) 536-0429 | |
| 49. | | | | | American Airlines (Jimenez) | |
| 50a.-b. | | | | | Flight Records and Manifest | |
| 51a.<br>51b.<br>51c.<br>51d.<br>51e. | | | | | Enterprise Rental Records (Internal) Enterprise Rental Summary<br>Enterprise Itemized Receipt of Toll Hits<br>Enterprise Rental Records (Internal and License Plate Information)<br>Enterprise Nissan Versa Maintenance | |
| 52. | | | | | Serrano FDC Miami TRULINCS Email | |
| 53. | | | | | RAMIREZ iCloud<br>Subscriber page Apple ID: Roly@doralcollision<br>Tadeo Text Messages 2012<br>Tadeo Text Messages 2013<br>Tadeo Text Messages 2014<br>Fonseca Text Thread 2012<br>Fonseca Text Messages 2014<br>Lianko Text Messages 2019<br>Bernreuther Text Messages 2019<br>Jukel Text Messages 2019<br>ALI Text Messages 2019 | |

| Presiding Judge: The Honorable Roy K. Altman | | | | | AUSAs: Abbie D. Waxman and Michael Gilfarb | Defendants' Attorneys: Philip Reizenstein Eric Schwartzreich Richard Merlino Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: Francine Salopek | Courtroom Deputy: Janier Arellano |
| | | | | | ALI Text Messages 2020<br>Attribution | |
| 54. | | | | | ALI iCloud ("Big Sheed")<br>Subscriber page<br>"Greenlight" (Serrano) Text Messages 2019<br>"Clay Helton" (Swaby) Text Messages 2019<br>"Fernando Clay" (Carias) Text Messages 2019<br>"Omar Autobody" Text Messages 2019<br>"Lex Food Dude" (Berbick) Text Messages<br>"Shifta" (MASON) Text Messages 2021<br>"Greenlight" (Serrano) WhatsApp Messages 2016<br>"Greenlight" (Serrano) WhatsApp Messages 2020-2022<br>"Shifta" (MASON) Phone ending 3727<br>WhatsApp Messages 12/19/2017 – 10/11/2022<br>"Shifta" (MASON) Phone ending 7107<br>WhatsApp Calls 11/2022<br>Attribution | |
| 55.<br>55a.-55dd. | | | | | ALI Burner Phone ending 8851<br>Photographs and Images | |
| 56.<br>56a.-f. | | | | | ALI Phone ending in 9346<br>Call logs<br>Photographs and videos (marijuana)<br>Signal® Messages with "johnwickja279"<br>(MASON)Phone ending in 5535<br>WhatsApp messages ("Jelin Vargas")<br>Google Search<br>Attribution | |
| 57. | | | | | MASON iCloud ("johnwick275921", "Shifta Mason", fraskreqmusic")<br>Subscriber page (Including 3727 and 7107)<br>"Raga" (Serrano) Phone ending 3357 messages with MASON Phone ending 1298<br>Photograph of MDPD Det. Hendrick's business card<br>Records of ledgers and shipments<br>Photographs of Signal® messages with ledgers 08/2020<br>Photograph of WhatsApp message with "Greenlight" with ledger 08/2020 | |

9

| Presiding Judge:<br>The Honorable Roy K. Altman | | | | | AUSAs:<br>Abbie D. Waxman and<br>Michael Gilfarb | Defendants' Attorneys:<br>Philip Reizenstein<br>Eric Schwartzreich<br>Richard Merlino<br>Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter:<br>Francine Salopek | Courtroom Deputy:<br>Janier Arellano |
| | | | | | Photographs of documents related to trucking company<br>Photograph of One Trucking Company<br>Attribution | |
| 58a.<br>58b. | | | | | MASON Phone (Seized April 1, 2023) Subscriber Page<br>WhatsApp messages with "Gl" with phone number 347-419-0946 (Serrano) 10/14/2021-08/06/2022 | |
| 59.<br>59a. | | | | | MASON phone ending in 5535 Subscriber Page<br>Call logs<br>Videos and Photographs(marijuana)<br>Signal® messages with "Sk" ALI Phone ending in 9346 | |
| 60a.<br>60b. | | | | | Serrano Flip Phone Call logs<br>Serrano Text messages with MASON Phone ending 1298 | |
| 61. | | | | | Serrano Infinity Purchase Sept. 1, 2019 | |
| 62. | | | | | Lyft | |
| 63a.<br>63b. | | | | | Business Record Certification for Telephone/<br>Call Detail and Location Data/Jaime Serrano Call Detail Records Subscriber Information | |
| 64a.<br>64b. | | | | | ALI "TD Bank" Business Record Certificate<br>Church Rent Deposit | |
| 65. | | | | | Instagram/ Jaime Serrano<br>Floral Shirt Photograph<br>Driveway with cars various | |
| 66. | | | | | Serrano iCloud<br>Photographs | |
| 67. | | | | | Serrano TD Bank Account 8119 | |
| 68. | | | | | Business Record Certification for Telephone/ Call / Detail and Location Data Julian Jimenez<br>Call Detail Records<br>Subscriber Information<br>LTE Records | |
| 69. | | | | | Business Record Cert for Telephone/Call/Detail and Location Data for MASON 3727 (7/27/20-9/30/20)<br>Business Record Cert for Telephone/Call/Detail Records | |

| Presiding Judge:<br>The Honorable Roy K. Altman | | | | | AUSAs:<br>Abbie D. Waxman and<br>Michael Gilfarb | Defendants' Attorneys:<br>Philip Reizenstein<br>Eric Schwartzreich<br>Richard Merlino<br>Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter:<br>Francine Salopek | Courtroom Deputy:<br>Janier Arellano |
| | | | | | for MASON 3727 (1/1/22-1/10/23)<br><br>Business Record Cert for Telephone/Call/Detail and Location Data for MASON 3727 (8/10/22-3/27/23) | |
| 70. | | | | | Business Record Cert for Telephone/Call/Detail and Location Data for MASON 7107 (10/11/22-3/28/23)<br><br>Business Record Certificate for Telephone/Call/Detail Records for MASON 7107 (1/1/19-1/4/23) | |
| 71. | | | | | Business Record Certificate for Telephone/Call/Detail Data for MASON 1298 (9/1/23-1/15/24)<br><br>Business Record Certificate for Telephone/Call/Detail Records for MASON 1298 (8/1/19-9/21/23) | |
| 72a.<br>72b. | | | | | Business Record Certificate Telephone/Call/Detail Data for MASON 8801 (9/1/23-1/15/24) | |
| 73. | | | | | Business Record Certificate for Telephone/Call/Detail and Location Data for ALI 5702 (8/1/19-9/9/19)<br><br>Call Detail Records<br><br>Business Record Cert for Telephone/Call/Detail for ALI 5702 (1/1/22-1/10/23)<br><br>Business Record Cert for Telephone/Call/Detail and Location Data for ALI 5702 (8/10/22-1/6/23)<br><br>Business Record Cert for Telephone/Call/Detail and Location Data for ALI 5702 (1/6/23-3/7/23) | |
| 74a.<br><br>74b.<br><br>74c. | | | | | Verizon Subscriber Information for ALI TracFone ending in 3675, 9490, 6490 found in ALI's Aventura Residence<br><br>TracFone Subscriber Information for ALI TracFone ending in 3675 found in ALI's Aventura Residence<br><br>TracFone Subscriber Information for ALI TracFone ending in 9490 found in ALI's Aventura Residence | |

11

| Presiding Judge:<br>The Honorable Roy K. Altman | | | | | AUSAs:<br>Abbie D. Waxman and Michael Gilfarb | Defendants' Attorneys:<br>Philip Reizenstein<br>Eric Schwartzreich<br>Richard Merlino<br>Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter:<br>Francine Salopek | Courtroom Deputy:<br>Janier Arellano |
| 74d. | | | | | TracFone Subscriber Information for ALI TracFone ending in 6490 found in ALI's Aventura Residence | |
| 75a.<br><br>75b.<br><br>75c. | | | | | Business Record Cert for Telephone/Call/Detail and Location Data for RAMIREZ 2449 (2/1/19-3/1/19) and Telephone/Call/Detail and Location Data for RAMIREZ 2449 (8/1/19-9/9/19)<br><br>Business Record Cert for Telephone/Call/Detail for RAMIREZ 2449 (3/1/19-8/16/24)<br><br>Business Record Certificate for Telephone/Call/Detail and Location Data for RAMIREZ 2449 (8/10/22-3/27/23) | |
| 76a.<br>76b. | | | | | Ali Grand Jury Subpoena<br>Ali Grand Jury Subpoena Answer | |
| 77a.<br>77b.<br>77c.<br>77d. | | | | | Business Record Certification Bank/ TD Bank Alexandra Owens<br>$1100 Deposit<br>Statement page showing $1100 deposit<br><br>Statement page with transfer to ALI | |
| 78a.<br>78b. | | | | | Wendy's Business Record Certificate<br>Wendy's receipt | |
| 79a.<br>79b. | | | | | Pollo Tropical Business Record Certificate<br>Pollo Tropical receipt | |
| 80. | | | | | Federal Detention Center Jaime Serrano housing | |
| 81a-j. | | | | | Doral Collision v. Alex Vega<br>RAMIREZ Deposition | |
| 82a.-e. | | | | | ALI Phone (Seized in 2023) ending in 5702 screen recordings | |
| 83. | | | | | Summary Exhibit | |

| Presiding Judge: The Honorable Roy K. Altman | | | | | AUSAs: Abbie D. Waxman and Michael Gilfarb | Defendants' Attorneys: Philip Reizenstein Eric Schwartzreich Richard Merlino Dustin Tischler |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporter: Francine Salopek | Courtroom Deputy: Janier Arellano |
| 84. | | | | | C.A.S.T. Analysis Report | |
| 85. | | | | | Business Record Cert for Telephone/Call/Detail for Yalene Marissa Gonzalez 9544 (01/01/2022-01/10/2023) Telephone/Call/Detail and Location Data for Yalene Marissa Gonzalez 9544 (08/10/2022-03/27/2023) | |
| 86. | | | | | Business Record Cert for Telephone/Call/Detail Records and corresponding records for Alexandra Owens 8594 (01/01/2019-08/24/2022) | |
| 87. | | | | | RAMIREZ text messages from telephone 2449 with ALI telephone 5702 | |
| 88. | | | | | Jaime Serrano DNA Swab | |
| 89. | | | | | 2015 New York Burglary Report | |
| 90. | | | | | RAMIREZ Residence Search (March 2023) | |
| 91. | | | | | ALI 2024 Phone ending in 5702 | |
| 92. | | | | | Racket Absence of Nore/Timeless Promotion | |
| 93. | | | | | Foreign Religion Screenshot | |
| 94. | | | | | Stipulations | |
| 95. | | | | | | |
| 96. | | | | | | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                    /s/Abbie D. Waxman
                                                    Assistant United States Attorney